**Elizabeth PETERS, Plaintiff/Appellant,**

v.

**M & M FREIGHT TRANSPORT, INC.,**

and

**Paul David Morgan, Defendants,**

and

**Memorial Hospitals Association, Defendant/Respondent.**

**No. ED 90432.**

Missouri Court of Appeals, Eastern District, Division Four.

Sept. 23, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 3, 2008.

Application for Transfer Denied Dec. 16, 2008.

Dale M. Weppner, Greensfelder, Hemker & Gale, P.C., St. Louis, MO, Daniel M. Czamanske, Jr., Chapman, Lewis & Swan, Clarksdale, MS, for appellant.

Joseph R. Swift, T. Michael Ward, Teresa M. Young, Brown & James, P.C., St. Louis, MO, for respondent.

Victor T. Avellino, Boggs, Boggs & Bates, L.L.C., Clayton, MO, for defendants.

Before BOOKER T. SHAW, P.J., KATHIANNE KNAUP CRANE, J., and MARY K. HOFF, J.

*ORDER*

PER CURIAM.

Plaintiff appeals from an adverse judgment in a declaratory judgment action. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).